UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | UNSEALING ORDER |
| - v. - | 25 Cr. 581 |
| JAY LUCAS, | |
| Defendant. | |

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Jay Clayton, by Assistant United States Attorneys Adam S. Hobson and David J. Robles;

It is found that the Indictment in the above-captioned action, 25 Cr. 581, is currently sealed and the United States Attorney's Office has applied to have it unsealed, it is therefore

ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

SO ORDERED

Dated:   New York, New York
         December 18, 2025

_____
HONORABLE GARY STEIN
UNITED STATES MAGISTRATE JUDGE