# U.S. District Court
## District of New Hampshire (Concord)
## CRIMINAL DOCKET FOR CASE #: 1:25−mj−00260−TSM−1

Case title: USA v. Lucas                                    Date Filed: 12/18/2025

Assigned to: US Magistrate Judge
Talesha L. Saint−Marc

**Defendant (1)**

**Jay Lucas**                    represented by    **Dorothy E. Graham−FPD**
                                                   Federal Defender's Office
                                                   The Ralph Pill Bldg
                                                   22 Bridge St
                                                   Concord, NH 03301
                                                   603 226−7360
                                                   Email: dorothy_graham@fd.org
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*
                                                   *Designation: Public Defender or Community*
                                                   *Defender Appointment*

**Pending Counts**                                 **Disposition**

15 USC 78j(b) & 78ff Securiites
Fraud
(1)

15 USC 80b−6 & 80b−17 −
Investment Adviser Fraud
(2)

18 USC 1343 − Wire Fraud
(3)

18 USC 1956(a)(1 )(B)(i) & 2 −
Money Laundering
(4)

**Highest Offense Level
(Opening)**

Felony

**Terminated Counts**                              **Disposition**

None

**Highest Offense Level
(Terminated)**

1

None

**Complaints**                                           **Disposition**

None

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Matthew Hunter** |
| | | US Attorney's Office (NH) |
| | | James C Cleveland Federal Bldg |
| | | 53 Pleasant St, 4th Flr |
| | | Concord, NH 03301 |
| | | 603−225−1552 |
| | | Email: matthew.hunter@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/18/2025 | 5 | **ORDER Setting Conditions of Release as to Jay Lucas. So Ordered by US Magistrate Judge Talesha L. Saint−Marc. (bd) (Entered: 12/18/2025)** |
| 12/18/2025 | 4 | **ORDER OF HOLDING DEFENDANT TO ANSWER AND TO APPEAR IN DISTRICT OF PROSECUTION as to Jay Lucas to Southern District of New York on 12/22/2025. So Ordered by US Magistrate Judge Talesha L. Saint−Marc. (bd) (Entered: 12/18/2025)** |
| 12/18/2025 | 3 | WAIVER of Rule5(c)(3) Hearing by Jay Lucas. (bd) (Entered: 12/18/2025) |
| 12/18/2025 | | Minute Entry for proceedings held before US Magistrate Judge Talesha L. Saint−Marc: REMOVAL HEARING as to Jay Lucas held on 12/18/2025 Court approves financial affidavit for the purposes of this hearing only. Defendant: advised of rights and charges, waived identity hearing. Defendant released on conditions. Detention hearing to be held in prosecuting district. (Tape #2:20) (Govt Atty: Matthew Hunter) (Defts Atty: Dorothy Graham) (USP: Jennafer McNutt)(Total Hearing Time: 22 Min) (bd) (Entered: 12/18/2025) |
| 12/18/2025 | | **ENDORSED ORDER approving 2 Motion to Appoint Counsel. Federal Public Defender Dorothy Graham appointed in the case as to Jay Lucas (1). Assignment accepted on 12/18/2025. *Text of Order: Request Approved. Appoint Counsel for the purpose of today's hearing only.* So Ordered by US Magistrate Judge Talesha L. Saint−Marc. (bd) (Entered: 12/18/2025)** |
| 12/18/2025 | 2 | MOTION to Appoint Counsel with Financial Declaration by Jay Lucas. (Attachments: # 1 Financial Affidavit) (bd) (Entered: 12/18/2025) |
| 12/18/2025 | | NOTICE OF HEARING as to Jay Lucas. Removal Hearing set for 12/18/2025 02:00 PM before US Magistrate Judge Talesha L. Saint−Marc. (bd) (Entered: 12/18/2025) |
| 12/18/2025 | 1 | COPY of Warrant and Indictment from District of Southern District of New York, Case No. 25−cr−581 (bd) (Entered: 12/18/2025) |

| 12/18/2025 | | Arrest (Removal) of Jay Lucas. (bd) (Entered: 12/18/2025) |

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**IN RE THE MATTER OF:**

DEC 18 2025

Jay Lucas
_____    Case No.    25-mj-00260-TSM
(Petitioner's name)                         (If known)

FILED

## REQUEST FOR APPOINTMENT OF COUNSEL

I, Jay Lucas
_____

respectfully request appointment of counsel to represent me as a criminal

defendant.

I am financially unable to hire counsel.  A completed Financial Affidavit is

attached. I declare under penalty of perjury that the foregoing is true and

correct.

Date:    12-18-25                                   _____
                                                                    Signature of Petitioner

## RULING BY JUDICIAL OFFICER

☑ Request Approved.  Appoint counsel.    For purposes of todays
                                                                     hearing only.

☐ Request Denied.

Date:  18-Dec-2025                    _____
                                                          United States Magistrate Judge

USDCNH-17 (Rev. 4/2018) (Previous Editions Obsolete)

4

**U.S. District Court**

**District of New Hampshire**

**Notice of Electronic Filing**

The following transaction was entered on 12/18/2025 at 3:08 PM EST and filed on 12/18/2025

**Case Name:**        USA v. Lucas

**Case Number:** 1:25−mj−00260−TSM

**Filer:**

**Document Number:** No document attached

**Docket Text:**
 **ENDORSED ORDER approving [2] Motion to Appoint Counsel. Federal Public Defender Dorothy Graham appointed in the case as to Jay Lucas (1). Assignment accepted on 12/18/2025.** *Text of Order: Request Approved. Appoint Counsel for the purpose of today's hearing only.* **So Ordered by US Magistrate Judge Talesha L. Saint−Marc. (bd)**


**1:25−mj−00260−TSM−1 Notice has been electronically mailed to:**


**1:25−mj−00260−TSM−1 Notice, to the extent appropriate, must be delivered conventionally to:**

**U.S. District Court**

**District of New Hampshire**

**Notice of Electronic Filing**

The following transaction was entered on 12/18/2025 at 3:10 PM EST and filed on 12/18/2025

**Case Name:**      USA v. Lucas
**Case Number:** 1:25−mj−00260−TSM
**Filer:**
**Document Number:** No document attached
**Docket Text:**
 Minute Entry for proceedings held before US Magistrate Judge Talesha L. Saint−Marc: REMOVAL HEARING as to Jay Lucas held on 12/18/2025 Court approves financial affidavit for the purposes of this hearing only. Defendant: advised of rights and charges, waived identity hearing. Defendant released on conditions. Detention hearing to be held in prosecuting district. (Tape #2:20) (Govt Atty: Matthew Hunter) (Defts Atty: Dorothy Graham)(USP: Jennafer McNutt)(Total Hearing Time: 22 Min) (bd)

**1:25−mj−00260−TSM−1 Notice has been electronically mailed to:**

**1:25−mj−00260−TSM−1 Notice, to the extent appropriate, must be delivered conventionally to:**

7

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)                                    USDCNH-119 (3/13)

## UNITED STATES DISTRICT COURT
### District of New Hampshire

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

DEC 18 2025

UNITED STATES OF AMERICA

FILED

v.                                                    Case Number: 25-cr-581

Jay Lucas
_____                            Charging District's Case Number: 25-mj-260
Defendant

### WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the **Southern District of New York**
                                                                      (name of other court)

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named of the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise -- unless I am indicted -- to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing

☒ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district.   I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 12-18-2025

Signature of Defendant

Date: 12-18-2025

Counsel for Defendant

Date: 18-Dec-2025

☐ United States Magistrate Judge
☐ United States District Judge

cc:    Defendant
       U.S. Attorney
       U.S. Marshal
       U.S. Probation
       Defense Counsel

8

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

AO 467 (Rev. 1/09) Order of Holding Defendant (NH-1/09)

DEC 18 2025

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW HAMPSHIRE

FILED

United States of America             Case No. 25-mj-260-TSM

v.

Jay Lucas                       Charging District Southern District NY
                                Case Number: 25-cr-581

**ORDER OF HOLDING DEFENDANT TO ANSWER
AND TO APPEAR IN DISTRICT OF PROSECUTION
OR DISTRICT HAVING PROBATION JURISDICTION**

The defendant having appeared before this Court pursuant to Rule 5, Fed. R. Crim. P., and proceedings having been concluded and the defendant released;

The defendant shall be held to answer in the United States District Court for the Southern District of New York and shall appear at all proceedings as required. The defendant shall next appear:

Where:   Daniel Patrick Moynihan United States Courthouse

         500 Pearl St.

         New York, NY 10007-1312

When:    December 22, 2025 at 11:00am

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of court where the charges are pending.

SO ORDERED.

_____
Talesha L. Saint-Marc
United States Magistrate Judge

12/18/2025

cc:   U.S. Attorney
      U.S. Marshal
      U.S. Probation
      Dorothy Graham, FD

9

AO 199A (Rev. 12/11) Order Setting Conditions of Release

USDCNH-40 (5/20)

# UNITED STATE DISTRICT COURT
## District of New Hampshire

UNITED STATES OF AMERICA

v.

ORDER SETTING CONDITIONS OF RELEASE

Jay Lucas

Case No. ___25 - mj - 240___

IT IS ORDERED that the release of the defendant is subject to the following conditions:

☒ 1.    The defendant shall not commit any offense in violation of federal, state, or local law while on release in this case.

☒ 2.    The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. 14135a.

☒ 3.    The defendant shall immediately advise the court, defense counsel, and the U.S. Attorney in writing before any change in address and telephone number.

☒ 4.    The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed or as directed.

☒ 5.    The defendant shall appear at in S|District of New York _____, on _12/22/2025_____ at _11:00_ AM    or as otherwise notified.

### Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

☐ 6.    The defendant is placed in the custody of: (*address to be redacted from electronic version of document entered on CM/ECF*):

_____

_____

_____    Tel. No. _____

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____
*(Custodian or Proxy)*

Page **1** of **5**

10

AO 199A (Rev. 12/11) Order Setting Conditions of Release                                    USDCNH-40 (8/12)

☒ 7.    The defendant shall:
   ☒ (a)    Report on a regular basis as directed by the supervising officer.
   ☐ (b)    Maintain or actively seek employment.
   ☒ (c)    Refrain from possessing a firearm, destructive device, or other dangerous weapons.
   ☐ (d)    Surrender any firearm(s) to:
              ☐ Clerk, U.S. District Court, 55 Pleasant St., Concord, NH.
              ☐ Other: _____.
              and provide written verification to the supervising officer.
   ☒ (e)    Surrender any passport to:
              ☒ Clerk, U.S. District Court, 55 Pleasant St., Concord, NH. *SDNY by Monday 12/22/2025*
              ☐ Other: _____.
              ☐ by: _____.
   ☒ (f)    Obtain no passport. *or other travel documents.*
   ☐ (g)    Submit to any method of testing required by the supervising officer for determining whether the defendant is using a
              prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a
              sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.
   ☐ (h)    Refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of
              any prohibited substance testing or electronic monitoring which is (are) required as a condition(s) of release.
   ☐ (i)    Meaningfully participate in a program of inpatient or outpatient substance abuse treatment, which may include may
              include medication assisted treatment, if deemed advisable by the supervising officer and do not discontinue
              any treatment program without the prior approval of the supervising officer.
   ☐ (j)    Be detained until he/she can be released directly into an inpatient treatment facility. Further hearing
              to be held upon the completion of the program or upon discontinuation for any reason. Defendant shall promptly
              notify the court, Assistant U.S. Attorney and the supervising officer of his/her discontinuation of the program or
              the anticipated program completion date and shall appear for a bail review hearing as scheduled.
   ☒ (k)    Restrict travel to the State(s) of New Hampshire and New York *and the areas between*
              ☐ Travel to _____ for work purposes only. *State*
              ☐ Travel to _____ for court purposes only. *her*
              ☐ Other: _____   *travel only*
              Any other travel must be pre-approved by the supervising officer.
   ☒ (l)    Avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential
              witness in the subject investigation or prosecution, including but not limited to:
              _____
              _____
              ☒ Those individuals identified on the list provided to defendant and his/her counsel at the hearing.
              ☐ Contact is permitted with _____, but defendant shall not discuss this case.
              ☒ Other: *Defendant may have contact with witness employers*
   ☐ (m)    Have no unsupervised contact with any minor children. *only for purposes of discussing*
              ☐ Other: _____  *ongoing business matters. Defendant*
   ☐ (n)    Refrain from    any use of alcohol or    refrain from the excessive use of alcohol. *shall not discuss*
   ☐ (o)    Participate in the following home confinement program components and abide by all the requirements of the
              program:                                                      *this case, directly or*
              ☐ (1)    Curfew: defendant is restricted to his/her residence every day   *indirectly with*
                        ☐ from _____ to _____; or  *those employers.*
                        ☐ as directed by the supervising officer;
              ☒ (2)    Home Detention: defendant is restricted to his/her residence at all times except for employment,
                        education, religious services, medical, substance abuse or mental health treatment, attorney visits, court
                        appearances, court-ordered obligations, or other activities as pre-approved by the supervising officer; or
              ☐ (3)    Home Incarceration: defendant is restricted to his/her residence at all times except for medical needs or
                        treatment, religious services, and court appearances pre-approved by the supervising officer.

AO 199A (Rev. 12/11) Order Setting Conditions of Release                    USDCNH-40 (8/12)

☐ (4)   The home confinement program will include electronic monitoring or other location verification system.
            Defendant shall pay all or part of the cost of the program based upon his/her ability to pay as determined
            by the supervising officer.

☐ (p)   Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. 802,
            unless prescribed by a licensed medical practitioner.

☐ (q)   Refrain from purchasing, possessing, distributing, administering, or otherwise using any psychoactive substances
            (e.g. synthetic marijuana, bath salts, kratom, etc.), whether or not intended for human consumption, without
            preapproval of the supervising officer.

☐ (r)    Participate in a mental health program which shall include medical, psychological, or psychiatric treatment as
            directed by the supervising officer and do not discontinue any mental health program without preapproval of
            the supervising officer.

☐ (s)    Defendant shall take all mental health medications as prescribed by his/her treating physician.

☐ (t)    Execute, and do not withdraw or revoke, authorizations for the supervising officer to communicate
            and obtain information from his/her health care providers.

☐ (u)   Execute a secured unsecured bond or an agreement to forfeit upon failing to appear as required, the
            following sum of money or designated property: _____
            _____.

☐ (v)   Post with the court the following indicia of ownership of the above-described property, or the following amount or
            percentage of the above-described money: _____
            _____.

☐ (w)   Execute a bail bond with solvent sureties in the amount of  _____.

☐ (x)    Maintain or commence an education program.

☐ (y)    Maintain residence at a halfway house or community corrections center, as deemed necessary by the supervising
            officer.

☒ (z)    Comply with the following residential requirements or restrictions: _____
            _____.

        ☒ No overnights away from the residence without preapproval of the supervising officer.
        ☒ Any change in residence must be preapproved by the supervising officer.

☐ (aa)  Comply with the following employment requirements or restrictions: _____
            _____.

        ☐ Refrain from engaging in an occupation, business, profession, or volunteer activity that would require or enable
            you to _____ without preapproval of the supervising officer.

☒ (bb)  Report as soon as possible, to the supervising officer any contact with any law enforcement personnel, including,
            but not limited to, any arrest, questioning, or traffic stop.

☒ (cc)  Other: Post a $1 million bond in the SDNY
            secured by another piece of property and
            two co-signers. Bond must
            be posted within 2 weeks
            of this order.

☐ 8.   Participate in the following computer restriction or monitoring program:

☐ (a)   Refrain from the possession or use of a computer, electronic communication or data storage device or media, or
            any internet capable media device unless preapproved by the supervising officer and submit to the examination of
            any device owned or under the control of the defendant.

☐ (b)   No access to the internet unless preapproved by the supervising officer.

☐ (c)   Computer monitoring software or hardware shall be installed on defendant's computer which will be subject to
            periodic and unannounced examination by the supervising officer. These examinations may include retrieval and
            copying of data related to online use from the computer equipment and any internal or external peripheral devices.
            Defendant shall pay for the cost associated with the monitoring program based upon his/her ability to pay as
            determined by the supervising officer.

☐ (d)   Defendant shall not access any social media websites, messaging services, and applications that have chat or
            messaging functions without the approval of the supervising officer (e.g., Facebook, Snapchat, Instagram,
            WhatsApp, Kik, etc.)

☐ (e)   Defendant shall provide the supervising officer with all current online screen names and passwords and he/she
            shall not create or use any new profiles or screen names without the prior approval of the supervising officer.

AO 199A (Rev. 12/11) Order Setting Conditions of Release                                  USDCNH-40 (8/12)

☐ (f)    Defendant shall surrender his/her smartphone to the supervising officer immediately. He/she can request that it be returned to him/her for trade-in purposes only. If he/she trades in the smartphone proof of the trade-in shall be provided to the supervising officer.

☐ 9.    Participate in a sex offender-specific assessment treatment as directed by the supervising officer.

☐ 10.    Provide access to and execute authorizations and do not revoke /withdraw authorizations, for the release of any requested financial information as requested by the supervising officer.

☐ (a)    Do not incur any new credit charges or open any new lines of credit without preapproval of the supervising officer.

☐ (b)    Other:

☐ 11.    Abide by all the mandatory, standard and special conditions of supervised release as previously imposed by this court.

### Advice of Penalties and Sanctions

**TO THE DEFENDANT:**

**YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:**

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a federal offense while on pre-trial release will result in an additional sentence of a term of imprisonment of not more than ten years, if the offense is a felony, or a term of imprisonment of not more than one year, if the offense is a misdemeanor.  This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment or a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to 10 years of imprisonment and a $250,000 fine or both to tamper with a witness, victim, or informant; to retaliate or attempt to retaliate against a witness, victim, or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:

(1)    an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2)    on offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3)    any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4)    a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense.

In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

Page 4 of 5

AO 199A (Rev. 12/11) Order Setting Conditions of Release                    USDCNH-40 (8/12)

### Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

Date: _____12-18-25_____          _____
                                         Signature of the Defendant

### Directions to United States Marshal

☐ The United State Marshal is ORDERED to keep the defendant in custody until notified by U.S. Probation or the court that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judge at the time and place specified, if still in custody.

☐ The defendant shall be detained until notified by U.S. Probation or the court that he/she can be released directly to an inpatient treatment facility.

☑ The defendant is ORDERED released after processing.

Date: 18-Dec-2025          _____
                             ☑  United States Magistrate Judge
                             ☐  United States District Judge

cc:    Defendant
       U.S. Attorney
       U.S. Marshal
       U.S. Probation
       Defense counsel