UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

JAY LUCAS,

Defendant

25-cr-00581-JLR

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

WHEREAS, with the consent of defendant Jay Lucas, Dkt. 19, the defendant's guilty plea allocution was taken before United States Magistrate Judge Robyn F. Tarnofsky on July 24, 2026;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to this Court;

WHEREAS, upon review of that transcript and the associated *Pimentel* Letter, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily, that there was a factual basis for the guilty plea, and that the requirements of Fed. R. Crim. P. 11 were satisfied;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

IT IS FURTHER ORDERED that the sentencing will take place on **November 12, 2026 at 10:30 a.m.** in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

The Defendant's sentencing submission shall be filed no later than **October 29, 2026.** The Government's sentencing submission shall be filed no later than **November 5, 2026.** In the event that the Government intends to seek an order of restitution or an order of forfeiture

at sentencing, it will include a proposed order(s) with its sentencing submission, along with an

explanation of how the restitution and/or forfeiture amounts were calculated.

Dated:  July 27, 2026
      New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge